**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SOHMER, ETC., ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN LOAN SERVICING, ET AL, <br><br> Defendants. | Case No. EDCV 14-01880-VAP (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' First Amended Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>April 8, 2015</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge